No. 84–1307. ODEND'HAL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Motion to substitute Harry R. Smith, Jr., as Personal Representative of Estate of Ivan V. Magal, deceased, as a party petitioner granted. Certiorari denied.

No. 84–1495. KEMP, WARDEN *v.* DAVIS. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 84–6449. ROSE *v.* FLORIDA. Sup. Ct. Fla.; and

No. 84–6639. NASH, AKA HENDERSON *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. Reported below: No. 84–6449, 461 So. 2d 84; No. 84–6639, 143 Ariz. 392, 694 P. 2d 222.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.